UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLO CAPRISTO,<br><br>        Plaintiff.<br><br>    v.<br><br>POSTMASTER GENERAL,<br><br>        Defendant. | Case No. 15-cv-01071-MEJ<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS; ORDER FOR CLERK OF COURT TO REASSIGN CASE**<br><br>Re: Dkt. No. 3 |

    Plaintiff Polo Capristo has filed an Application to Proceed *In Forma Pauperis*. Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application. Further, having reviewed the complaint under 28 U.S.C. § 1915(e)(2), the undersigned RECOMMENDS that the Court direct the Clerk of Court to issue the summons and for the United States Marshal for the Northern District of California to serve, without prepayment of fees, a copy of the filings in this case.

    Pursuant to Federal Rule of Civil Procedure 72, any party may serve and file objections to this Report and Recommendation within 14 days after being served.

    **IT IS SO ORDERED AND RECOMMENDED.**

Dated: March 17, 2015

                                                MARIA-ELENA JAMES<br>                                                United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLO CAPRISTO,<br><br>             Plaintiff,<br><br>      v.<br><br>POSTMASTER GENERAL,<br><br>             Defendant. | Case No.  15-cv-01071-MEJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/17/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Polo Capristo
1045 Cadillac Way Apt 218
Burlingame, CA 94010

Dated: 3/17/2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES